**No. 53395.**—Denebeim Distilling Co. *v.* United States, protests 110058–K, etc. (St. Louis).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53396.**—Harmar Company *v.* United States, protests 110956–K, etc. (Louisville).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53397.**—N. Celli et al. *v.* United States, protests 114840–K, etc. (Cleveland).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53398.**—Fisher Sales Co. et al. *v.* United States, protests 115472–K, etc. (St. Louis).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53399.**—Security Liquor Co. et al. *v.* United States, protests 116124–K, etc. (St. Louis).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.